```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 09028
   PATRICIA YOUNG
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8742

---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      The case was filed on 05/17/2007 and was confirmed 09/12/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was dismissed after confirmation 02/06/2008.
---------------------------------------------------------------------------
   CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
---------------------------------------------------------------------------
   CHARMING SHOPPES FASHION  UNSECURED            47.92          .00           18.51
   CITIZENS BANK             SECURED VEHIC         .00           .00             .00
   EMC AUTO SALES            SECURED VEHIC         .00           .00             .00
   EMC AUTO SALES            UNSECURED             .00           .00             .00
   LITTON LOAN SERVICING     CURRENT MORTG         .00           .00             .00
   LITTON LOAN SERVICING     MORTGAGE ARRE         .00           .00             .00
   ADT                       UNSECURED      NOT FILED            .00             .00
   BANK OF AMERICA           UNSECURED      NOT FILED            .00             .00
   CITY OF BERWYN            UNSECURED      NOT FILED            .00             .00
   CREDIT PROTECTION         UNSECURED      NOT FILED            .00             .00
   DEPENDON COLLECTION SERV  UNSECURED      NOT FILED            .00             .00
   FASHION BUG/SOANB         UNSECURED      NOT FILED            .00             .00
   NICOR GAS                 UNSECURED           866.83          .00           334.75
   PREMIUM ASSET RECOVERY C  UNSECURED           295.75          .00           114.21
   PREMIUM ASSET RECOVERY C  UNSECURED      NOT FILED            .00             .00
   PREMIUM ASSET RECOVERY C  UNSECURED      NOT FILED            .00             .00
   UNITED COLLECTIONS        UNSECURED      NOT FILED            .00             .00
   CITIZENS BANK             UNSECURED             .00           .00             .00
   DEBRA J VORHIES LEVINE    DEBTOR ATTY       1,814.00                      1,217.33
   TOM VAUGHN                TRUSTEE                                           115.20
   DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
   TRUSTEE                 1,800.00

   PRIORITY                                         .00
   SECURED                                          .00
   UNSECURED                                     467.47
   ADMINISTRATIVE                              1,217.33

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09028 PATRICIA YOUNG
```

```
TRUSTEE COMPENSATION                                          115.20
DEBTOR REFUND                                                    .00
                                    ----------------   ----------------
TOTALS                                      1,800.00           1,800.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 05/23/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                            PAGE   2
         CASE NO. 07 B 09028 PATRICIA YOUNG